# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEPHEN JAEKEL and MOBILETECH AUTO REPAIR, INC.,

Appellants,

v.

JACK W. MERRITT, ESQ.,

Appellee.

No. 2D22-3941

_____

September 1, 2023

Appeal from the County Court for Sarasota County; Emmanuel LoGalbo, Jr., Senior Judge.

Ronald J. Gricius of Ronald J. Gricius, P.C., Mt. Clemens, MI, for Appellant Stephen Jaekel.

Mark W. Lord, Sarasota, for Appellant Mobiletech.

Scott M. Wellikoff of Adler Wellikoff, PLLC, Boca Raton, for Appellee.


PER CURIAM.

　　Affirmed.


LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.